# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE RICHARD** | **CASE NO. 6:18-CV-00149** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ALONZO HARRIS ET AL.** | **MAG. JUDGE CAROL WHITEHURST** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Alonzo Harris' Motion to Dismiss [Doc. No. 36] is **GRANTED.** Plaintiff Lawrence Richard's claims against Defendant Alonzo Harris are **DISMISSED WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

MONROE, LOUISIANA, this 4th day of September, 2018.

**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**