# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| LAWRENCE RICHARD | CASE NO. 6:18-CV-00149 |
| VERSUS | JUDGE SUMMERHAYS |
| ALONZO HARRIS ET AL | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objection to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant Floyd Lavergne's Motion to Dismiss [Rec. Doc. 32] is hereby **GRANTED**, dismissing plaintiff's claims against Floyd Lavergne **WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

THUS DONE in Chambers on this ___2nd___ day of October, 2018.

Robert R. Summerhays
United States District Judge