# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE RICHARD** | **CASE NO. 6:18-CV-00149** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **ALONZO HARRIS ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECRRED** that Defendant Bruce Gaudin's Motion to Dismiss [Rec. Doc. 40] is hereby **GRANTED**, dismissing plaintiff's claims against Bruce Gaudin **WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

THUS DONE in Chambers on this _____ day of _____, 2018.

_____

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE RICHARD** | **CASE NO. 6:18-CV-00149** |
| **VERSUS** | **UNASSIGNED DISTRICT JUDGE** |
| **ALONZO HARRIS ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECRRED** that Defendant Bruce Gaudin's Motion to Dismiss [Rec. Doc. 40] is hereby **GRANTED**, dismissing plaintiff's claims against Bruce Gaudin **WITH PREJUDICE** for failing to state a claim upon which relief may be granted.

THUS DONE in Chambers on this _____ day of _____, 2018.

_____