UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **LAWRENCE RICHARD** | **CASE NO. 6:18-CV-00149** |
| **VERSUS** | **JUDGE SUMMERHAYS** |
| **ALONZO HARRIS ET AL** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

For the reasons stated in the Memorandum Ruling entered this date,

IT IS ORDERED THAT the Motion to Dismiss Plaintiff's Claims Against Clerk of Court Office Staff of St. Landry Parish [Doc. 82] filed by Clerk of Court Office Staff of St. Landry Parish is **GRANTED**; all claims asserted by Plaintiff against Clerk of Court Office Staff of St. Landry Parish are **DISMISSED WITH PREJUDICE**.

THUS DONE in Chambers on this 27th day of March, 2019.

Robert R. Summerhays
United States District Judge